IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| SHAMEL JONES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN WETZEL, GEORGE LITTLE, TAD BICKEL, SECRETARY OF D.O.C.; FACILITY MANAGER MICHAEL ZAKEN, DEPUTY SUP. BUZAS, DSCS DELASANDRO, MAJOR OF THE UNIT MANAGEMENT; MAJOR MALANOSKI, COULERHAND, "MCU" UNIT MANAGER; CHAPLAIN SIBANDA, INDIVIDUAL AND OFFICIAL CAPACITIES; HURD, "MCU" COUNSELOR; AND CCPM CARLA SWARTZ,<br><br>　　　　Defendants, | Civil Action No. 2:23-CV-01780-CBB<br><br>United States Magistrate Judge<br>Christopher B. Brown |

**ORDER STAYING CASE**

AND NOW, this 24th day of March, 2025,

As set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that this case shall be marked STAYED and ADMINISTRATIVELY CLOSED pending the resolution of *Jones v. Employees of the DOC* at Civil Action No. 22-1190 in the United States District Court for the Eastern District of Pennsylvania ("EDPA Case").

Case 2:23-cv-01780-CBB   Document 46   Filed 03/24/25   Page 2 of 2

IT IS FURTHER ORDERED that the Parties shall immediately notify the Court when the EDPA Case reaches a final judgment on the merits or otherwise resolves.

IT IS FURTHER ORDERED that Defendants' pending Motion to Dismiss/Motion for Summary Judgment at ECF No. 29 is denied as moot without prejudice for Defendants to reassert after the stay is lifted.

BY THE COURT:

s/Christopher B. Brown
Christopher B. Brown
United States Magistrate Judge

CC    SHAMEL JONES
EZ-2128
SCI GREENE
169 PROGRESS DRIVE
WAYNESBURG, PA 15370

All counsel of record, *via ECF*